IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03270-KLM

DAVID BISE,

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.

---

**PLAINTIFF'S RESPONSE BRIEF IN OPPOSITION TO
DEFENDANT AMERICAN FAMILY INSURANCE COMPANY'S
MOTION FOR EXTENSION OF TIME FOR ANSWER TO PLAINTIFF'S COMPLAINT**

---

Plaintiff, Dave Bise, by and through his attorneys, Dormer Harpring, LLC, files his Response Brief opposing Defendant's Motion, stating as follows:

As the Defendant admits in its Motion, an extension may be granted only for good cause. Doc. 14 at 2 ¶ 5 (citing Fed. R. Civ. P. 6(b)(1)(B). The "good cause" provision "requires the moving party to show that it has been diligent in attempting to meet the deadlines, which means it must provide an adequate explanation for any delay." *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1205 n.4 (10th Cir. 2006) (discussing "good cause" under Rule 16). "A finding of excusable neglect under Rule 6(b) requires both a demonstration of good faith by the party seeking the enlargement and a finding that there was a reasonable basis for not complying within the specified period." *Nesjan v. Allstate Fire & Cas. Ins. Co.,* No. 118CV01489PABSKC, 2020 WL 2494616, at *2 (D. Colo.

May 14, 2020) (citing *In re Four Seasons Securities Laws Litigation*, 493 F.2d 1288, 1290–91 (10th Cir.1974)).

Here, at best, the Defendants provide scant explanations for why they require an extension. Instead, they assert only that American Family—an insurance company with in-house litigators—failed to retain outside counsel for nearly three weeks. *Compare* Doc. 14 at ¶ 2 *with id.* at ¶ 6. Worse, as of the filing to the Motion—nearly one full month after Plaintiff served American Family—it had still not provided its retained counsel with the claim file counsel needs to respond to Plaintiff's allegation. Doc. 14 at 8. Such delays are of American Family's own making and are not good cause.

WHEREFORE, Plaintiff, Dave Bise, requests that the Motion be denied.

RESPECTFULLY SUBMITTED at Denver, Colorado, this 3rd day of January, 2023.

*s/ K.C. Harpring*
K.C. Harpring, Colo. Atty. Reg. 47760
Timothy M. Garvey, Colo. Atty. Reg. 42668
DORMER HARPRING, LLC
3457 Ringsby Court, Unit 110
Denver, CO  80216
Telephone: (303) 756-3812
Facsimile: (303) 477-7400
E-mail:    kch@denvertrial.com
           tmg@denvertrial.com
*Attorneys for Plaintiff David Bise*

<u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that on this 3rd day of January, 2023 a true and correct copy of the foregoing was served on the following, by electronic filing using the CM/ECF filing system which will send a copy to the following email addresses:

Jessica R. Schultz, #46292
Billy-George Hertzke, #35439
SGR, LLC
3900 Mexico Avenue, Suite 700
Denver, CO 80210
jschultz@sgrllc.com
bhertzke@sgrllc.com
*Attorneys for Defendant American Family Insurance Company*

                                            */s/ Marcie Emch*
                                            Marcie Emch, Paralegal