IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03270-KLM

DAVID BISE,

    Plaintiff,

v.

AMERICAN FAMILY INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Extension of Time for Answer to Plaintiff's Complaint** [#14] (the "Motion"). Plaintiff filed a Response [#17] in opposition to the Motion #14]. No reply was filed.

Defendant's answer or other response to the operative complaint was due December 27, 2022. Its counsel had been retained on December 16, 2022, although counsel was on extended leave during the holidays. As of the deadline, counsel had not yet received the claim file in order to review it to formulate Defendant's response to the lawsuit. Only a 14-day extension was requested.

In response, Plaintiff states: "Here, at best, the Defendants provide scant explanations for why they require an extension. Instead, they assert only that American Family—an insurance company with in-house litigators—failed to retain outside counsel for nearly three weeks. Worse, as of the filing to the Motion—nearly one full month after Plaintiff served American Family—it had still not provided its retained counsel with the claim file counsel needs to respond to Plaintiff's allegation. Such delays are of American Family's own making and are not good cause." *Response* [#17] at 2 (internal docket citations omitted).

This case is in its infancy. There is nothing in the briefing on the Motion [#14] to show that Plaintiff will incur prejudice, undue or otherwise, by permitting Defendant what is generally a very routine extension request at this early phase of the case. There is also no indication that granting the request will result in any serious delay of Plaintiff's newly-filed case. Although there are perhaps ways that Defendant could have hastened its

-1-

defense, the Court finds that Defendant has provided good cause for the requested extension.  *See Motion* [#14] at 2.  Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**.  Defendant's Answer [#18] filed on January 9, 2023, is accepted as timely.

Dated:  January 23, 2023